IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LUIS M. HARRIS,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3819

_____/

Opinion filed May 17, 2017.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Luis M. Harris, pro se, Appellant.

Kenneth S. Steely, General Counsel; Robert J. Bobek and Sean W. Gellis, Assistant
General Counsels, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., WINOKUR and M.K. THOMAS, JJ., CONCUR.